# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DAVID L. SCRIP, JR.

v.

WASHINGTON COUNTY JUVENILE
PROBATION AND UNEMPLOYMENT
COMPENSATION BOARD OF REVIEW

PETITION OF: WASHINGTON COUNTY
JUVENILE PROBATION

: No. 89 WAL 2016
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of September, 2016, the Petition for Allowance of Appeal and the ancillary Motion for Leave to Supplement Petition for Allowance of Appeal are hereby **DENIED.**